AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leighton, Ronald B. | U.S. District Court | 6/16/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>1717 Pacific Avenue<br>Tacoma, WA 98402-3241 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Leighton, Ronald B.**

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Burgess & Fitzer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers | 3/24-28/2010 | Dallas, TX | National Trial Competition Final Rounds | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCT #2 | | | | | | | | | |
| 2. - Alberto Culver Co. | A | Dividend | J | T | | | | | |
| 3. - Bristol-Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 4. - Cisco Systems | | None | K | T | | | | | |
| 5. - Conocophillips | A | Dividend | J | T | | | | | |
| 6. - CSX Corp | A | Dividend | K | T | | | | | |
| 7. - Qwest Comm. | A | Dividend | J | T | | | | | |
| 8. - AT&T | A | Dividend | J | T | | | | | |
| 9. - Wash Mutual Inc. | | None | J | T | | | | | |
| 10. - Kinder Morgan Energy Partners | C | Interest | L | T | | | | | |
| 11. - General Growth Prop. | | None | J | T | | | | | |
| 12. - Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 13. - Int'l Business Machines Corp. | A | Dividend | J | T | | | | | |
| 14. - General Electric Company | A | Dividend | J | T | Buy | 12/01/10 | J | | |
| 15. - Howard Hughes Corp. | | None | J | T | Spinoff (from line 11) | 11/16/10 | J | | |
| 16. - Baird Money Market | E | Interest | K | T | | | | | |
| 17. INVESTMENT CLUB | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Microsoft Corp. | | | | | | | | | |
| 19. - Proctor & Gamble | | | | | | | | | |
| 20. - CVS Corp. | | | | | | | | | |
| 21. - Apple Computer | | | | | | | | | |
| 22. - 3M Company | | | | | Sold | 02/05/10 | K | | |
| 23. - ABB Ltd ADS | | | | | Sold | 02/05/10 | J | | |
| 24. - Berkshire Hathaway | | | | | Sold | 08/13/10 | K | | |
| 25. - Costco | | | | | | | | | |
| 26. - Diageo Plc ADR | | | | | | | | | |
| 27. - EMC Corp | | | | | Sold | 02/05/10 | J | | |
| 28. - FedEx Corp | | | | | Sold | 02/05/10 | K | | |
| 29. -Teva Pharm | | | | | | | | | |
| 30. -Johnson & Johnson | | | | | Sold | 07/09/10 | J | A | |
| 31. - McDonald's Corp | | | | | | | | | |
| 32. - Google, Inc. | | | | | | | | | |
| 33. - Int'l Business Machines | | | | | | | | | |
| 34. - Andarko Petroleum | | | | | Sold | 07/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - American Tower Corp | | | | | Open | 02/05/10 | K | | |
| 36.  - Amazon.Com | | | | | Open | 02/06/10 | K | | |
| 37.  - L&L Energy | | | | | Open | 08/13/10 | J | | |
| 38.  - Smuckers J M Co. | | | | | Open | 08/13/10 | J | | |
| 39.  BROKERAGE ACCT #4 | | | | | | | | | |
| 40.  - Bristol-Myers | A | Dividend | K | T | | | | | |
| 41.  - Chevron Texaco Corp. | A | Dividend | K | T | | | | | |
| 42.  - International Business Machines | A | Dividend | K | T | | | | | |
| 43.  - Nokia Corp. | A | Dividend | J | T | | | | | |
| 44.  - Wells Fargo Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 45.  BROKERAGE ACCT #5 | | | | | | | | | |
| 46.  - Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 47.  - Boeing Company | A | Dividend | J | T | | | | | |
| 48.  - Columbia Banking System | A | Dividend | J | T | | | | | |
| 49.  - Intel Corp. | A | Dividend | J | T | | | | | |
| 50.  - Schlumberger | A | Dividend | K | T | | | | | |
| 51.  - New Perspective Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Wash Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 53.   - Pierce Cty WA Sch Dist Sumner 320 Bond | A | Interest | K | T | | | | | |
| 54.   - Chisholm Creek Util. | A | Interest | K | T | | | | | |
| 55.   - Montgomery A1 School Bond | A | Interest | K | T | | | | | |
| 56.   - SF CA City & Cty AMBAC | A | Interest | K | T | | | | | |
| 57.   - Indiana Bond Bank Rev | A | Interest | K | T | | | | | |
| 58.   - Glouchester Cty NJ IMPT | A | Interest | K | T | | | | | |
| 59.   - Emerald Coast FL Utils | A | Interest | K | T | | | | | |
| 60.   - Wash Cty UT Sales | A | Interest | K | T | | | | | |
| 61.   - JEA FL WTR & SWR SYS REV | A | Interest | K | T | | | | | |
| 62.   SCHWAB MONEY MARKET FUND | | | | | | | | | |
| 63.   - Federated Muni Oppt | | None | J | T | | | | | |
| 64.   - Proctor & Gamble | A | Dividend | K | T | | | | | |
| 65.   - AT&T | | None | K | T | | | | | |
| 66.   - AIM Health Sciences Fund (now Invesco Global Health) | | None | K | T | | | | | |
| 67.   - DWS Global Thematic | | None | K | T | | | | | |
| 68.   - DWS Int'l Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BURGESS FITZER PS 401K PLAN TRUST | | None | N | T | | | | | |
| 70. US BANK, TACOMA, WA | A | Interest | J | T | | | | | |
| 71. EOSCENE SERIES A PREFERRED | | None | K | T | | | | | |
| 72. EOSCENE SERIES B PREFERRED | | None | J | T | | | | | |
| 73. NINE AUDIO TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 74. DREYFUS MIDCAP VALUE FUND | | None | K | T | | | | | |
| 75. IRA NO. 6 | | None | P1 | T | | | | | |
| 76. - American Capital Income Bldr Fund | | | | | | | | | |
| 77. - Capital World Growth & Income Fund | | | | | | | | | |
| 78. - Fundamental Investors | | | | | | | | | |
| 79. - Growth Fund America | | | | | | | | | |
| 80. - Investment Company America | | | | | | | | | |
| 81. - New World Fund | | | | | | | | | |
| 82. - Smallcap World Fund | | | | | | | | | |
| 83. - RBC Money Market Fund | | | | | | | | | |
| 84. - Discover BK Greenwood Del | | | | | | | | | |
| 85. - First Business Bank Madison | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value             V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Choice Finl Group Crafton MD | | | | | | | | | |
| 87. - Goldman Sachs BK USA, Salt Lake City, Utah | | | | | | | | | |
| 88. - Capital One Bank Glen Allen VA | | | | | | | | | |
| 89. - Capital One Nat'l Assoc McLean | | | | | | | | | |
| 90. - Southpoint BK Birmingham ALA | | | | | | | | | |
| 91. - Bank Blue VY Overland KS | | | | | | | | | |
| 92. - Citicorp Mtg Securities | | | | | | | | | |
| 93. - Banc of America Funding Corp. | | | | | | | | | |
| 94. - CHL Mtg Pass-Through | | | | | | | | | |
| 95. - Deutsche ALT-A SECS | | | | | | | | | |
| 96. - Banc Amer. FDG Trust | | | | | | | | | |
| 97. - Mastr Asset Securitization Trust | | | | | | | | | |
| 98. - Wells Fargo Mtg Backed Securities | | | | | | | | | |
| 99. - Everbank Jacksonville | | | | | Open | 05/20/10 | M | | |
| 100. - Alternative Loan Trust | | | | | Open | 04/20/10 | L | | |
| 101. - JP Morgan Mtg Trust | | | | | Open | 07/30/10 | K | | |
| 102. IRA NO. 7 | | None | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - RBC Money Market Fund | | | | | | | | | |
| 104. - American Capital Income Builder | | | | | | | | | |
| 105. - Capital World Growth | | | | | | | | | |
| 106. - Fundamental Invrs | | | | | | | | | |
| 107. - Growth Fund America | | | | | | | | | |
| 108. - Inves. Co. America | | | | | | | | | |
| 109. - New World Fund | | | | | | | | | |
| 110. - Smallcap World Fund | | | | | | | | | |
| 111. - Capital One Nat'l Assoc. McLean | | | | | | | | | |
| 112. - Els III Ltd. Partnership | | | | | | | | | |
| 113. - Banc Amer FDG Trust | | | | | | | | | |
| 114. - Int'l Growth & Inc | | | | | Open | 05/13/10 | J | | |
| 115. - American Capital Income | | | | | Open | 03/23/10 | J | | |
| 116. BROKERAGE ACCT #10 | | | | | | | | | |
| 117. - RBC Money Market | A | Interest | J | T | | | | | |
| 118. - Western Bank | A | Interest | K | T | | | | | |
| 119. - Midfirst Bank Olka Cty | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15.001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 6/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Banc Amer FDG Trust | A | Interest | J | T | | | | | |
| 121. - Citicorp Mortgage Securities Trust | B | Interest | K | T | | | | | |
| 122. IRA #8 | | None | M | T | Open | 01/15/10 | M | | |
| 123. - National City Capital | | | | | | | | | |
| 124. - Morgan Stanley Capital Trust | | | | | | | | | |
| 125. - Merrill Lynch Capital Trust | | | | | | | | | |
| 126. - Barclays Bank | | | | | | | | | |
| 127. - HSBC Holdings | | | | | | | | | |
| 128. - Lasalle Hotel | | | | | | | | | |
| 129. - Public Storage | | | | | | | | | |
| 130. - Tennessee Valley Auth Electronotes | | | | | | | | | |
| 131. - Metropolitan Transn Auth | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Brokerage Account #6 was for a dependent who is now above the age of reporting.
Vanguard Windsor II, Columbia Acord Fund-Z, and Columbia Acorn International Fund-Z were for a dependent who is now above the age of reporting.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **Ronald B. Leighton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544